| United States Bankruptcy Court<br>Western District of Missouri | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gage Family Entertainment, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **26-0455374** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**7 North Boardwalk**<br>**Branson, Missouri**    ZIP CODE **65616** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Taney** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1499**<br>**Hollister, Missouri**   ZIP CODE **65673** | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**7 North Boardwalk, Branson, Missouri**    ZIP CODE **65616** | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Gage Family Entertainment, LLC**

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** Not Applicable<br>Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Gage Family Entertainment, LLC |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Not Applicable__
Signature of Debtor

X __Not Applicable__
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X __Not Applicable__
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X __/s/ David E. Schroeder__
Signature of Attorney for Debtor(s)

**David E. Schroeder  Bar No. 32724**
Printed Name of Attorney for Debtor(s) / Bar No.

**David Schroeder Law Offices, P.C.**
Firm Name

**1524 East Primrose, Suite A Springfield, MO 65804**
Address

**(417) 890-1000       (417) 886-8563**
Telephone Number

**7/12/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

__Not Applicable__
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X __Not Applicable__

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __s/ Justin Gage__
Signature of Authorized Individual

**Justin Gage**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**7/12/2011**
Date

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

In Re:  Case No.
  Chapter 11

**GAGE FAMILY ENTERTAINMENT, LLC**

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

"I, Justin Gage, declare under penalty of perjury that I am a managing member of **GAGE FAMILY ENTERTAINMENT, LLC, a Missouri** limited liability entity and that I am authorized to file a voluntary petition commencing a Chapter 11 voluntary bankruptcy case on behalf of the LLC."

Executed on: July 12, 2011    Signed: /s/ Justin Gage
  Justin Gage,
  Managing Member

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Western District of Missouri

In re: **Gage Family Entertainment, LLC**

Debtor

Case No.
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                    $    20,000.00
   Prior to the filing of this statement I have received                          $    20,000.00
   Balance Due                                                                    $         0.00

2. The source of compensation paid to me was:

   ☒ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor            ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **a. For attorney's services Debtor shall be charged at attorney's standard hourly rate and Debtor has paid a retainer in the amount of $20,000.00.
   b. See Attachment 1 for complete Attorney Employment Agreement.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **7/12/2011**

/s/ David E. Schroeder
David E. Schroeder, Bar No. 32724

**David Schroeder Law Offices, P.C.**
Attorney for Debtor(s)

# ATTORNEY EMPLOYMENT AGREEMENT
# (CHAPTER 11 BANKRUPTCY PROCEEDING)

WHEREAS, the undersigned party, hereinafter designated as "Client" is desirous of retaining DAVID SCHROEDER LAW OFFICES, P.C., and the undersigned attorney to represent it with respect to its current legal financial situation and the law firm and attorney is desirous of representing Client, and

WHEREAS, The rules of professional conduct suggests that attorneys have written agreements with clients regarding matters being handled and fees, and

THEREFORE, it is mutually agreed to as follows:

A. The attorney hereby agrees to represent Client with respect to the analysis of Client's financial situation and render advice and assistance to the Client in determining whether to file a Petition under Title 11 of the United States Code. Additional services to be rendered include the preparation and filing of the Petition, Schedules, and Statement of Affairs and other documents required by the Court, together with representation of the Client at the Debtor Interview and Meeting of Creditors. For compensation and for attorney's services, time and attorney fees limited to the service or services described, Client agrees to pay the attorney a prepaid advance payment retainer or fee of $20,000.00. The prepaid charge paid may, in the law firm's sole discretion, be retained in the law firm trust account or applied against charges for the afore-described services and is deemed earned upon receipt. Client has also paid pre-bankruptcy legal service fees as indicated in the Disclosure of Compensation.

B. All services rendered or to be rendered in the future beyond the services previously described shall be charged at the law firm's standard hourly rate currently ranging from $150.00 to $260.00 for attorneys and $75.00 for legal assistants or paralegals. Hourly charges shall include telephone conferences, voice mail retrieval and response, research, receipt and review of correspondence and pleadings, drafting of pleadings and correspondence, trial preparation, as well as such other matters that may be necessary for disposition of the matter or matters relating to the representation. In addition to hourly charges, Client agrees to pay for all costs, including but not limited to court costs, filing fees, court reporting costs, transcripts, long distance telephone charges, postage and copy charges and any charges that the firm may in its discretion incur as the result of employment of investigators or appraisals. As security for payment of future services beyond the services and total fee charged in paragraph A above, Client shall pay the attorney a retainer of $20,000.00 plus advance Court costs of $1,039.00.

C. Client agrees to pay all fees due upon request and understands that failure to pay attorney fees may be a basis for the attorney withdrawing from the case. Payment is due upon receipt of statements following Bankruptcy Court approval, if applicable. Unpaid balances shall bear interest at the rate of One and Five-Tenths percent (1.5%) per month for each Thirty (30) day period the balance remains unpaid. In the event legal action is taken to collect any past-due balance, Client agrees to pay costs of collection, including court costs and attorney fees.

D. Client may discharge the attorney at any time, subject to Court approval. The attorney may withdraw with the Client's consent or for good cause, subject to Court approval, which includes any breach by the Client of this representation agreement. When the attorney's services conclude, all unpaid charges are immediately due, and the attorney will deliver to Client any funds or other property of Clients in the attorney's possession.

Executed and terms accepted this 12th day of July, 2011.

GAGE FAMILY ENTERTAINMENT, LLC
By /s/ Justin Gage

APPROVED:

DAVID SCHROEDER LAW OFFICES, P.C.

BY:/s/ David E. Schroeder
    David E. Schroeder
    Attorney for Debtor

```
ASCAP License Fee
PO Box 331608
Nashville, TN  37203




Associated Bank
401 E. Kilbourn Avenue
Milwaukee, WI  53202




Branson Security & Fire
PO Box 6790
Branson, MO  65616




Community First Bank
200 East Ridge Avenue
PO Box 1700
Harrison, AR  72602




Copy Products
2103 W Vista
Springfield, MO  65803




Dan Nelson
Lathrop & Gage LLP
PO Box 4288
Springfield, MO  65808-4288




David Caviness
PO Box 30088
Kansas City, MO  64112




David Fielder
Lowther Johnson LLC
901 St. Louis St 20th Floor
Springfield, MO 65806




Division of Employment Security
PO Box 888
Jefferson City, MO  65102-0888
```

```
Division of Employment Security
State of Missouri
421 East Dunklin Street
PO Box 59
Jefferson City, MO   65102-0059


Don Brown
Douglas, Haun & Heidemann PC
111 West Broadway
Bolivar, MO   65613-1510



Donald Whited
760 W. Enterprise Lane
Nixa, MO   65714




Douglas Healy
Healy & Healy `
939 N. Boonville Ave #A
Springfield, MO   65830



Douglas Parker
Neale & Newman, LLP
PO Box 10327
Springfield, MO   65808-0327



Equity Resources LLC
1821 East 4th Street Suite B
Joplin, MO   64801




GE Capital Toshiba Copier
PO Box 740441
Atlanta, GA   30374




Henderson Signs
E State Highway 76
Branson, MO   65616




Imperial Credit Corp
700 E Main Street #1647
Richmond, VA   23219
```

James Spears
3636 South Farm Road 101
Brookline, MO  65619


Jason Smith
Husch Blackwell LLP
901 St. Louis Street #1800
Springfield, MO  65806-2548


Johnathan Shoener
PO Box 10110
Columbia, MO  65205-400


Missouri Department of Revenue
PO Box 3375
Jefferson City, MO  65105-3375


Morris Oil
PO Box 6910
Branson, MO  65616


Mr. Ice Man
114 East Atlantic
Branson, MO  65616


Names and Numbers
PO Box 1479
Pittsburg, KS  66762


Ozarks First.com
2650 E Division St
Springfield, MO  65803


Patricia J. Shilling
Styron & Shilling
127 E. Church Street
Ozark, MO  65721

```
Ron Johnson
1906 E. St. Louis Street
Springfield, Missouri  65802




Sandy Sutton
1212 McGee Building #220
Kansas City, MO  64106




ShoreMaster
1025 International Drive
Fergus Falls, MN  56537-4303




Spectrum Insurance Group
PO Box 515
Chippewa Falls, WI  54729




Steven Marsh
Hulston, Jones & Marsh
2060 East Sunshine St
Springfield, MO  65804-1815




Taney County Collector
Sheila Wyatt
PO Box 278
Forsyth, MO  65653




Terry O. Meek
1311 E. Woodhurst
Sprignfield, MO  65804




Tri-Lakes Petroleum
PO Box 7500
Branson, MO  65616




Western Commerce Bank
501 Canal
PO Box 5151
Carlsbad, NM  88221
```

```
William McCullah
221 Main St
PO Box 370
Forsyth, MO  65653
```

MOW 1009-1.2 (05/07)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE: )
)
**Gage Family Entertainment, LLC** )
)
) Case No.
)
Debtor(s) )
)

**VERIFICATION OF MAILING MATRIX**

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date: **7/12/2011**              **s/ Justin Gage**
                                 **Justin Gage, Managing Member**
                                           Signature of Debtor

Instructions: Include in voluntary petition package if matrix is filed at case opening. File as a separate document when a matrix or amended matrix is uploaded after the date the petition is filed.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re **Gage Family Entertainment, LLC**
Debtor

Case No. _____
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Community First Bank<br>200 East Ridge Avenue<br>PO Box 1700<br>Harrison, AR 72602 | | | | $5,600,000.00 |
| Associated Bank<br>401 E. Kilbourn Avenue<br>Milwaukee, WI 53202 | | | | $1,800,000.00 |
| Equity Resources LLC<br>1821 East 4th Street Suite B<br>Joplin, MO 64801 | | | | $500,000.00 |
| David Fielder<br>Lowther Johnson LLC<br>901 St. Louis St 20th Floor<br>Springfield, MO 65806 | | | | $122,279.82 |
| Jason Smith<br>Husch Blackwell LLP<br>901 St. Louis Street #1800<br>Springfield, MO 65806-2548 | | | | $100,000.00 |
| Patricia J. Shilling<br>Styron & Shilling<br>127 E. Church Street<br>Ozark, MO 65721 | | | | $97,724.84 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Gage Family Entertainment, LLC**  
              Debtor

Case No. _____  
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Don Brown**<br>Douglas, Haun & Heidemann PC<br>111 West Broadway<br>Bolivar, MO 65613-1510 | | | | $76,745.22 |
| **Donald Whited**<br>760 W. Enterprise Lane<br>Nixa, MO 65714 | | | | $53,720.20 |
| **Imperial Credit Corp**<br>700 E Main Street #1647<br>Richmond, VA 23219 | | | | $47,974.96 |
| **Douglas Healy**<br>Healy & Healy `<br>939 N. Boonville Ave #A<br>Springfield, MO 65830 | | | | $37,771.05 |
| **Steven Marsh**<br>Hulston, Jones & Marsh<br>2060 East Sunshine St<br>Springfield, MO 65804-1815 | | | | $30,724.67 |
| **Western Commerce Bank**<br>501 Canal<br>PO Box 5151<br>Carlsbad, NM 88221 | | | | $25,635.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Gage Family Entertainment, LLC**  
**Debtor**

Case No. _____  
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Ron Johnson<br>1906 E. St. Louis Street<br>Springfield, Missouri 65802 | | | | $18,538.59 |
| Dan Nelson<br>Lathrop & Gage LLP<br>PO Box 4288<br>Springfield, MO 65808-4288 | | | | $17.689.10 |
| William McCullah<br>221 Main St<br>PO Box 370<br>Forsyth, MO 65653 | | | | $11,751.90 |
| Division of Employment Security<br>State of Missouri<br>421 East Dunklin Street<br>PO Box 59<br>Jefferson City, MO 65102-0059 | | | | $8,303.66 |
| GE Capital Toshiba Copier<br>PO Box 740441<br>Atlanta, GA 30374 | | | | $2,114.34 |
| Morris Oil<br>PO Box 6910<br>Branson, MO 65616 | | | | $2,113.15 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Gage Family Entertainment, LLC**                           Case No. _____

Debtor                                                                  Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Tri-Lakes Petroleum<br>PO Box 7500<br>Branson, MO 65616 | | | | $1,954.87 |
| Mr. Ice Man<br>114 East Atlantic<br>Branson, MO 65616 | | | | $1,531.98 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Justin Gage, Managing Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **7/12/2011**                       Signature:  **s/ Justin Gage**

                                          **Justin Gage , Managing Member**
                                          (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.