IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

IN RE: )
GAGE FAMILY ENTERTAINMENT, LLC )
) Case No. 11-61485-11
Debtor. )

**LOCAL RULE 2015-2A and B STATEMENT**

COMES NOW Debtor herein, and having been duly sworn upon oath, states as follows:

A. Pursuant to Local Rule 2015-2A and B, in the best information and belief of the undersigned, the following is true:

1. **No prior petition in bankruptcy has been filed on behalf of Debtor**.

2. **A judgment is pending against Debtor as filed in the Circuit Court of Greene County, Missouri, in the case of Fellers Fixtures, Inc. vs. Gage Family Entertainment LLC, Case No. 0831-CV15985 whereby Fellers Fixtures Inc. secured a judgment for $122,279.82 plus costs;**

3. No property of the Debtor is in the hands of a public officer, receiver, trustee, assignee for the benefit of creditors, mortgagee, pledgee, or assignee of rents;

4. Following deposits are being held by utility companies: **Empire District Electric $12,000.00.**

B. As to projected operating statements, pursuant to Local Rule 2015-2A and B, in the best information and belief of the undersigned, the following is true:

1. No sums of money are proposed to be paid for services for a period of thirty (30) days following the filing of this Petition except for general operations;

2. The amounts proposed to be paid for services for a period of thirty (30) days to the Debtor is: None anticipated other than operating expenses.

3. The estimated gain in the operation for the Debtor's business for a period of thirty (30) days following the filing of the Petition is unknown at this time.

4. Debtor has twelve (12) employees.

By /s/ Justin Gage, Managing Member

STATE OF MISSOURI )
) ss:
COUNTY OF GREENE )

I, Corporate Officer of the above-named Debtor, hereby swear that the statements contained herein are true according to the best of my knowledge, information and belief.

/s/ Justin Gage, Managing Member

Subscribed and sworn to before me, a Notary Public, this 12th day of July, 2011.

/s/ Pamela G. Harris
Notary Public

My commission expires: July 17, 2014